## CONSENT TO SUE

## REQUEST TO BECOME A PARTY-PLAINTIFF – MTA EMPLOYEES' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover unpaid overtime, and other relief under the Fair Labor Standards Act.

Name: __Johnson__                                     __Monica, L.__
            Last Name                                           First, M.I.

Home Address: _617 E. 40th Street,_
                        _Brooklyn, NY 11203_

Signature: Monica L Johnson (Jun 28, 2021 17:36 EDT)
           MONICA JOHNSON